**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY FOWLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　Defendants. | Case No. CV 10-2204 JVS (JCG)<br><br>ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED |

　　　　On May 5, 2010, plaintiff Gary Fowler ("Plaintiff"), a California prisoner proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. On May 17, 2010, this matter was reassigned to the undersigned judicial officer. On May 25, 2010, the Court *sua sponte* screened the Complaint, and found several deficiencies in the pleading. (*See* May 25, 2010 Ord. at 4-7.) Accordingly, the Court dismissed the Complaint in part, without prejudice, but granted Plaintiff leave to amend with specific guidance and instructions on the filing of a first amended complaint, if any. (*Id.* at 7-9.)

　　　　Plaintiff was granted up to and including June 25, 2010 to file a first amended complaint. (May 25, 2010 Ord. at 9.) As of today's date, over two and a half weeks later, Plaintiff still has not filed a first amended complaint.

1  Accordingly, within **fourteen (14)** days of the date of this Order, Plaintiff is
2  **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed,
3  in part, for failure to prosecute and/or comply with a court order.  Plaintiff is cautioned
4  that his failure to timely file a response to this Order to Show Cause will be deemed by
5  the Court as consent to the dismissal of this action, in part, without prejudice.

7  DATED: July 12, 2010

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE