**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GARY FOWLER,                                ) Case No. CV 10-2204 JVS (JCG)
                                            )
                     Plaintiff,             )
                                            ) **JUDGMENT**
              v.                            )
                                            )
DEPUTY HUANG,                               )
                                            )
                     Defendant.             )
                                            )
                                            )
_____                 )

   IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  March 13, 2012

_____
           HON. JAMES V. SELNA
        UNITED STATES DISTRICT JUDGE

1